EAST RIDGELAWN CEMETERY, PLAINTIFF-RESPONDENT, v. STATE OF NEW JERSEY, DEFENDANT-PETITIONER.

See same case below: 11 *N. J. Super.* 555.

*Mr. Theodore D. Parsons* for the petitioner.

February 4, 1952.   Denied.